UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
───────
No. 6:19-cr-00041-1
───────
**United States of America,**

v.

**Corey Montez Allen.**
───────

# ORDER

The court referred this matter to the Honorable K. Nicole Mitchell, United States Magistrate Judge, for administration of a guilty plea under Federal Rule of Criminal Procedure 11. The magistrate judge conducted a hearing in the form and manner prescribed by Rule 11 and issued findings of fact and recommendation on guilty plea. Doc. 23. The magistrate judge recommended that the court accept defendant's guilty plea and adjudge defendant guilty on count one of the indictment. *Id*. Defendant waived his right to object to the magistrate judge's findings. *Id*.

The court hereby **adopts** the findings of fact and recommendation on guilty plea of the magistrate judge. The court also **accepts** defendant's plea but defers acceptance of the plea agreement until after review of the presentence report.

In accordance with defendant's guilty plea, the court finds defendant Corey Montez Allen **guilty** of count one of the indictment, charging a violation of 18 U.S.C. § 922(g)(1) - Felon in Possession of a Firearm.

*So ordered by the court on September 30, 2020.*

J. CAMPBELL BARKER
United States District Judge