UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:19-cr-00041

**United States of America**

v.

**Corey Montez Allen**

# ORDER

This criminal action was referred to United States Magistrate Judge K. Nicole Mitchell pursuant to 28 U.S.C. § 636(b)(3). Judge Mitchell held a final revocation hearing on September 18, 2024, and issued a report and recommendation that defendant's term of supervised release should be revoked. Doc. 52. Defendant waived his right to object to the report, agreed to the revocation of his supervised release, agreed to the sentence below, and waived his right to be present for sentencing. Docs. 51 and 52.

Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. The court orders that the defendant be sentenced to a period of 9 months imprisonment with 12 months of supervised release to follow. The court recommends that the defendant serve his sentence at FCI Texarkana, Texas, or in the alternative, FCI Seagoville, if available.

*So ordered by the court on September 23, 2024.*

J. CAMPBELL BARKER
United States District Judge